FILED

05 APR 22 PM 1 40

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

JULIAN T. BOLTON,

    Plaintiff,

v.                                                                No.:    04-2632-MaV

COCHRAN, CHERRY, GIVENS &
SMITH - TN, LLP, a Tennessee
Limited Liability Partnership;
JOHNNIE L. COCHRAN, JR.;
SAMUEL A. CHERRY, JR;
J. KEITH GIVENS; and JOCK M.
SMITH,

    Defendants.

## JOINT SCHEDULING ORDER

Pursuant to written notice, a scheduling conference was held before the Honorable Diane K. Vescovo on Thursday, April 21, 2005. Present were Danny Richardson, counsel for Plaintiff, and John J. Heflin III, counsel for Defendants. At the conference, the following dates were established as the final dates for:

| | |
|---|---|
| DEFENDANTS' ANSWER: | May 10, 2005 |
| RULE 26(a)(1) INITIAL DISCLOSURES: | May 10, 2005 |
| JOINING PARTIES: | June 10, 2005 |
| AMENDING PLEADINGS: | June 10, 2005 |
| INITIAL MOTIONS TO DISMISS: | July 15, 2005 |

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 4-26-05

31

| | | | |
|---|---|---|---|
| COMPLETING ALL DISCOVERY: | | | December 30, 2005 |
| | (a) | DOCUMENT PRODUCTION, INTERROGATORIES, REQUESTS FOR ADMISSION: | October 13, 2005 |
| | (b) | DEPOSITIONS: | December 30, 2005 |
| | (c) | EXPERT WITNESS DISCLOSURE (Rule 26): | |
| | | (1) DISCLOSURE OF PLAINTIFFS' RULE 26 EXPERT INFORMATION: | October 14, 2005 |
| | | (2) DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT INFORMATION: | November 25, 2005 |
| | | (3) EXPERT WITNESS DEPOSITIONS: | December 30, 2005 |
| FILING DISPOSITIVE MOTIONS: | | | January 31, 2006 |

OTHER RELEVANT MATTERS:

No depositions may be scheduled to occur after the discovery cutoff date. All written discovery that requires a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

This case is set for a nonjury trial, and the trial is expected to last 3 to 4 days. The pretrial order date, pretrial conference date, and trial date will be set by the presiding Judge. The parties suggest that an appropriate trial date would be during April or May, 2006.

This case is not appropriate for ADR.

The parties are reminded that pursuant to Local Rule 11(a)(1)(A), all motions, except motions pursuant to Fed. R. Civ. P. 12, 56, 59, and 60, shall be accompanied by a proposed order.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the Court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting for the reasons for which a reply is required.

The parties have not consented to trial before the Magistrate Judge.

This Order has been entered after a consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this Order will not be modified or extended.

IT IS SO ORDERED.

_____
DIANE K. VESCOVO, United States Magistrate Judge

Date: April 21, 2005

BY CONSENT:

JOHN D. RICHARDSON
by JOHN MARSHALL JONES w/ permission
_____
JOHN D. RICHARDSON, Attorney for Plaintiff

_____
JOHN J. HEFLIN III, Attorney for Defendant

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 31 in case 2:04-CV-02632 was distributed by fax, mail, or direct printing on April 26, 2005 to the parties listed.

---

John D. Richardson
THE RICHARDSON LAW FIRM
119 S. Main St.
Ste. 725
Memphis, TN 38103

John J. Heflin
BOURLAND HEFLIN ALAREZ & MINOR
5400 Poplar Avenue
Ste. 100
Memphis, TN 38119

Teresa Ann Boyd
THE RICHARDSON LAW FIRM
119 South Main
Ste. 725
Memphis, TN 38103

Kenny W. Armstrong
CHANCERY COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 308
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT